**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0194-WJM-CBS

RONALD MARBLE,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
UNITED STATES BUREAU OF ALCOHOL TOBACCO AND FIREARMS

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss filed May 11, 2012 (ECF No. 20).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 25th day of May, 2012.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge